UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20475-CR-BB

UNITED STATES OF AMERICA

vs.

RYAN SEAMAN,

Defendant.
_____/

FILED BY_____D.C.

APR 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States of America for the Southern District of Florida hereby requests

to dismiss without prejudice the Information as to defendant RYAN SEAMAN.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal. This matter is hereby ordered

DISMISSED without prejudice. The Clerk of Court is directed to close the case.

DATE: 4/21/2025

HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Edward N. Stamm, AUSA)
       David Jonathon Joffe, Esq.
       Chief Probation Officer
       Pretrial Services